**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: <br> Treshenna O Odom <br><br> Debtor(s) | Case No. 13-08185 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/01/2013.

2) The plan was confirmed on 06/17/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 06/03/2014.

6) Number of months from filing to last payment: 14.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

Case 13-08185 Doc 52 Filed 06/19/14 Entered 06/19/14 16:40:31 Desc Main
Document Page 2 of 4

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $5,200.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$5,200.00** |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,210.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $253.48 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,463.48** |

Attorney fees paid and disclosed by debtor: $30.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Access Community Health Network | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Access Community Health Network | Unsecured | 418.00 | NA | NA | 0.00 | 0.00 |
| Advanced pain & Anesthesia Consultants | Unsecured | 2,593.18 | NA | NA | 0.00 | 0.00 |
| ALCOA BILLING CENTER | Unsecured | 596.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | NA | 408.25 | 408.25 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVC | Unsecured | NA | 8,837.20 | 8,837.20 | 45.31 | 0.00 |
| ASCENSION CAPITAL GROUP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 120,000.00 | 15,033.81 | 15,033.81 | 1,352.69 | 723.91 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 3,000.00 | 503.29 | 503.29 | 0.00 | 0.00 |
| CF MED | Unsecured | NA | 2,124.01 | 2,124.01 | 0.00 | 0.00 |
| CF MED | Unsecured | 0.00 | 49.08 | 49.08 | 0.00 | 0.00 |
| COMCAST | Unsecured | 351.19 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 400.00 | 254.24 | 254.24 | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL OF IL LLC | Unsecured | 693.00 | 648.70 | 648.70 | 0.00 | 0.00 |
| DIRECTV | Unsecured | 353.91 | 1,109.19 | 1,109.19 | 0.00 | 0.00 |
| Douglas womens center PC | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| Farmers Insurance Company | Unsecured | 299.02 | NA | NA | 0.00 | 0.00 |
| FIRST RATE FINANCIAL | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Geico | Unsecured | 893.35 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF HUMAN SERVICES | Unsecured | 2,000.00 | 2,533.00 | 2,533.00 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 150.00 | 89.00 | 89.00 | 89.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 38.90 | 38.90 | 0.00 | 0.00 |
| KAPLAN UNIVERSITY | Unsecured | 695.00 | NA | NA | 0.00 | 0.00 |
| Keller Graduate School of Management | Unsecured | 1,334.25 | NA | NA | 0.00 | 0.00 |
| KELLER GRADUATE SCHOOL OF MG | Unsecured | 1,334.25 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 1,166.00 | 1,166.00 | 0.00 | 0.00 |
| Marine Anesthesia LLC | Unsecured | 47.10 | NA | NA | 0.00 | 0.00 |
| MEDI-STAT | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 1,062.84 | 731.46 | 731.46 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Mount Sinai Medical Group | Unsecured | 471.00 | NA | NA | 0.00 | 0.00 |
| New Age Chicago Furniture | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| New Age Chicago Furniture | Secured | 150.00 | NA | 150.00 | 150.00 | 0.00 |
| PHEAA | Unsecured | 60,000.00 | 68,413.02 | 68,413.02 | 350.81 | 0.00 |
| PREMIER BANK CARD | Unsecured | NA | 290.85 | 290.85 | 0.00 | 0.00 |
| Provena mercy medical center | Unsecured | 1,161.00 | NA | NA | 0.00 | 0.00 |
| Quest Diagnostics | Unsecured | 598.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 603.00 | 1,289.40 | 1,289.40 | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | NA | 1,289.40 | 1,289.40 | 0.00 | 0.00 |
| Tanner Medical Group | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| The University of Chicago Hospital | Unsecured | 534.75 | NA | NA | 0.00 | 0.00 |
| The University of Chicago Physicians | Unsecured | 234.00 | NA | NA | 0.00 | 0.00 |
| T-Mobile | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| UAS | Unsecured | 273.96 | NA | NA | 0.00 | 0.00 |
| UNION AUTO SALES | Unsecured | 5,781.44 | NA | 4,836.44 | 24.80 | 0.00 |
| UNION AUTO SALES | Secured | 4,000.00 | 4,836.44 | 4,836.44 | 0.00 | 0.00 |
| UNITED CONCORDIA | Unsecured | 22.25 | NA | NA | 0.00 | 0.00 |
| University Accounting Service, LLC | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 0.00 | 318.89 | 318.89 | 0.00 | 0.00 |
| VERIZON | Unsecured | 475.00 | 1,178.96 | 1,178.96 | 0.00 | 0.00 |
| Village Of Chicago Ridge | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $15,033.81 | $1,352.69 | $723.91 |
| All Other Secured | $4,986.44 | $150.00 | $0.00 |
| **TOTAL SECURED:** | **$20,020.25** | **$1,502.69** | **$723.91** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $89.00 | $89.00 | $0.00 |
| **TOTAL PRIORITY:** | **$89.00** | **$89.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$96,020.28** | **$420.92** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $2,463.48 |
| Disbursements to Creditors | $2,736.52 |
| **TOTAL DISBURSEMENTS** : | **$5,200.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/19/2014                             By: /s/ Tom Vaughn
                                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**